IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SMILEDIRECTCLUB, LLC,<br><br>                    Plaintiff,<br><br>           v.<br><br>CANDID CARE CO.,<br><br>                    Defendant. | Civil Action No. 21-1165-CFC |

## ORDER

Pending before me is Candid Care's motion for attorney's fees. D.I. 68.

Section 285 of the Patent Act provides that "the court in exceptional cases may award reasonable attorney fees to the prevailing party." 35 U.S.C. § 285. The Supreme Court has held that "an exceptional case is simply one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated." *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014) (internal quotation marks omitted). District courts determine whether a case is exceptional in a "case-by-case exercise of their discretion, considering the totality of the circumstances." *Id.*

Based on the Texas court's discussion with respect to the #522 and #599 patents at pages 4–6 of its July 1, 2023 Memorandum Opinion, 1-20-cv-115, D.I. 35; the fact that "the state of § 101 law is, to use the words of various Federal Circuit judges, 'fraught,' 'incoherent,' 'unclear, inconsistent[,] ... and confusing,' and 'indeterminate and often lead[ing] to arbitrary results,'" *CareDx, Inc. v. Natera, Inc.*, 563 F. Supp. 3d 329, 337 (D. Del. 2021) (citations omitted), *aff'd*, 40 F.4th 1371 (Fed. Cir. 2022); the high rate at which the Federal Circuit reverses the decisions of district court judges, *see* https://www.law360.com/articles/1562614/fed-circ-patent-decisions-in-2022-an-empirical-review; and the fact that within two weeks of the Federal Circuit affirming my decision to declare the #522 patent invalid under § 101 SmileDirectClub offered Candid Care a covenant not to sue on the #599 patent, I will exercise my discretion and not award attorney fees in these consolidated cases.

NOW THEREFORE, at Wilmington on this Twenty-ninth day of August in 2023, it is HEREBY ORDERED that Candid's Motion to Declare This Case Exceptional and Award Attorneys' Fees Pursuant to 35 U.S.C. § 285 (D.I. 68) is DENIED.

                                                     _____
                                                     COLM F. CONNOLLY
                                                     CHIEF JUDGE